Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 01 C 2362 | **DATE** | 1/3/2002 |
| **CASE TITLE** | Control Alt Design vs. Tensor Corporation, et al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
 ☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Stipulated Order of Dismissal. The Judgment of 12/13/01 is hereby vacated and this action is dismissed with prejudice pursuant to the terms of the settlement reached by the parties. The Court shall retain jurisdiction for any future claims relating in any way to the settlement of this action. Each party shall bear its own costs and attorneys' fees.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | 3 number of notices | **Document Number** |
| | No notices required. | | | |
| ✓ | Notices mailed by judge's staff. | | JAN - 4 2002 date docketed | |
| | Notified counsel by telephone. | | | |
| | Docketing to mail notices. | | 15 docketing deputy initials | 102 |
| | Mail AO 450 form. | | | |
| | Copy to judge/magistrate judge. | | | |
| | | | 1/3/2002 | |
| MD | courtroom deputy's initials | 02 JAN -3 PM 5:11 Date/time received in central Clerk's Office | date mailed notice MD mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
(Eastern Division)

**DOCKETED**
**JAN - 4 2002**

CONTROL ALT DESIGN, LTD., )
)
      Plaintiff, )
) Civil Action No. 01 C 2362
v. )
) Judge Joan H. Lefkow
TENSOR CORPORATION, ROGER SHERMAN, ) Magistrate Judge Nan R. Nolan
OFFICE DEPOT, INC., MEIJER, INC., )
)
      Defendants. )

## STIPULATED ORDER OF DISMISSAL

The Court being advised that a settlement has been reached between plaintiff Control Alt Design, Ltd. and defendants Tensor Corporation and Roger Sherman,

IT IS HEREBY ORDERED THAT:

1. Defendants Tensor Corporation and Roger Sherman acknowledge and agree that U.S. Patent No. 5,655,833 is valid and enforceable.

2. All claims and/or counterclaims of Control Alt Design, Ltd. against each of the defendants Tensor Corporation, Roger Sherman, Office Depot, Inc. and Meijer, Inc. that were or could have been made in this action are hereby dismissed with prejudice.

3. All claims and/or counterclaims of each of the defendants Tensor Corporation, Roger Sherman, Office Depot, Inc. and Meijer, Inc. against Control Alt Design, Ltd. that were or could have been made in this action are hereby dismissed with prejudice.

4. Accordingly the Judgment of December 13, 2001 is hereby vacated and this action dismissed with prejudice pursuant to the terms of settlement reached by the parties.



5. The Court shall retain jurisdiction over all of the parties for any future claims relating in any way to the settlement of this action.

6. Each party shall bear its own costs and attorneys' fees.

Dated: 1-3-02

*(signature)*
Honorable Joan H. Lefkow
United States District Judge

Stipulated:

*(signature)*
Raymond P. Niro, Jr.
Keith A. Vogt
Sally Wiggins
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street
Suite 4600
Chicago, Illinois 60602
(312) 236-0733

*(signature)*
James C. Donnelly, Jr.
Kenneth C. Pickering
Jenifer E. Haeckl
MIRICK, O'CONNELL, DeMALLIE
& LOUGEE, LLP
100 Front Street
Worcester, Massachusetts 01608
(508) 791-8500

Susan A. Pipal
Winston & Strawn
35 West Wacker Drive
Chicago, Illinois 60601-9703
(312) 558-5600

*Attorneys for Plaintiff*

*Attorneys for Defendants*